UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

WELLS FARGO TRUST COMPANY, :
N.A., as trustee for VERICREST
OPPORTUNITY LOAN TRUST :
2011-NPL1, : CIVIL ACTION NO. 3:11-1484
:
    Plaintiff : (JUDGE MANNION)
:
    v. :
:
MICHAEL DAVIS, *Real Owner and*
*Mortgagor,* and CHARLOTTE :
RAYBON-DAVIS, *mortgagor*,
:
    Defendants
:

# ORDER

For the reasons stated in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion for summary judgment, (Doc. No. 14), is **GRANTED**;

**(2)** Judgment in mortgage foreclosure is entered in favor of the plaintiff and against Defendant Michael Davis in the amount of $331,933.39;

**(3)** Interest in the amount of $57.16 per day from January 15, 2012, plus all other related fees and costs, including attorney's fees and costs, are to be added to the judgment amount;

**(4)** The plaintiff may proceed to execute upon its judgment in mortgage foreclosure exercising all appropriate remedies without limitation, including listing the subject property for judicial sale.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 4, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-1484-01-order.wpd